UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Yvette Hairston,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.
_____/

Case No. 11-14974

Senior United States District Judge
Arthur J. Tarnow

Magistrate Judge R. Steven Whalen

### ORDER ADOPTING REPORT AND RECOMMENDATION [28] AND GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES [25]

On September 19, 2014, Magistrate Judge Whalen issued a Report and Recommendation ("R&R") [28] that the Court should grant Plaintiff's Motion for Approval of Attorney Fees [25]. Defendant has not timely filed any Objection to the R&R [28].

The Court having reviewed the record, the R&R [28] of the Magistrate Judge is hereby **ADOPTED** as to Plaintiff's Motion for Approval of Attorney Fees [25] and is entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Plaintiff's Motion for Approval of Attorney Fees [25] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff counsel is awarded $14,212.00 in fees, which is being withheld from Plaintiff's past due benefits.

**IT IS FURTHER ORDERED** that Plaintiff counsel is ordered to **REMIT TO PLAINTIFF** $5,421.25 in EAJA fees, less the $100.25 in expenses that were claimed in the EAJA fee petition.

**SO ORDERED**.

s/Arthur J. Tarnow  
ARTHUR J. TARNOW  
SENIOR U.S. DISTRICT JUDGE

Dated: November 20, 2014